RICHARD WEEKS, PLAINTIFF-RESPONDENT, v. THE CITY OF NEWARK, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Argued January 10, 1961—Decided February 20, 1961.

*Mr. Thomas M. Kane* argued the cause for the appellant (*Mr. Vincent P. Torppey,* attorney; *Mr. Jacob M. Goldberg,* of counsel).

*Mr. Milton Yormark* argued the cause for the respondent (*Messrs. Zarin and Yormark,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.